

# Fourth Court of Appeals
## San Antonio, Texas

## JUDGMENT

No. 04-25-00244-CV

Monica **GARCIA**,
Appellant

v.

Ignacio **SANCHEZ** and Jeff Kotham, Individually, d/b/a Texas Towing Corporation,
Appellees

From the 131st Judicial District Court, Bexar County, Texas
Trial Court No. 2021CI05004
Honorable Norma Gonzales, Judge Presiding

BEFORE CHIEF JUSTICE MARTINEZ, JUSTICE RIOS, AND JUSTICE VALENZUELA

In accordance with this court's opinion of this date, this appeal is DISMISSED. Costs of the appeal are taxed against appellant.

SIGNED November 26, 2025.

Rebeca C. Martinez, Chief Justice